```
                                              FILED
                                          2007 NOV 13. PM 12:51

1  Timothy C. Williams, Esq., SBN 128520   CLERK US DISTRICT COURT
2  D. Alexander Floum, Esq., SBN 152287    SOUTHERN DISTRICT OF CALIFORNIA
   The Williams Firm
3  1850 Mt. Diablo Boulevard, Suite 340
   Walnut Creek, California 94596          BY_____DEPUTY
4  (925) 933-9800
5  Attorneys for Plaintiff and Counter-Defendant,
6  MICHAEL MANN doing business as MM BIZ
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL MANN doing business as MM BIZ, | ) Case No. 07CV 0083 BEN CAB |
|---|---|
| Plaintiff, | ) STIPULATION OF DISMISSAL |
| v. | ) |
| AFN INVESTMENTS, LTD. an unknown entity, | ) |
| Defendants. | ) |
| | ) |
| AFN INVESTMENTS, LTD., | ) |
| CounterClaimant, | ) |
| v. | ) |
| MICHAEL MANN doing business as MM BIZ, | ) |
| CounterDefendant. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-described action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS FURTHER HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

|   |   |
|---|---|
| 1 | The parties hereto agree that (1) the Domain Name, <www.LaborForce.com> (the "Domain Name") shall be and hereby is released from the registry of the Court and transferred back to the control of the Domain Name registrar, TierraNet, Inc., a California corporation doing business as Domain Discover and DomainDiscover (collectively "Domain Discover"), and (2) that Domain Discover transfer the Domain Name to AFN INVESTMENTS, LTD., pursuant to the terms of the Compromise, Settlement and Mutual Release Agreement dated 10/31/07. |

DUANE MORRIS LLP

*/s/ Richard T. Redano*

Dated: November 2, 2007

Richard T. Redano, Esq.
Attorneys for Defendant and CounterClaimant,
AFN INVESTMENTS, LTD.

THE WILLIAMS FIRM

*/s/ D. Alexander Floum*

Dated: November 2, 2007

D. Alexander Floum, Esq.
Attorneys for Plaintiff and Counter-Defendant,
MICHAEL MANN doing business as MM BIZ

## ORDER

IT IS HEREBY ORDERED THAT the above-described action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS FURTHER HEREBY ORDERED THAT (1) the Domain Name, <www.LaborForce.com> (the "Domain Name") shall be and hereby is released from the registry of the Court and transferred back to the control of the Domain Name registrar, TierraNet, Inc., a California corporation doing business as Domain Discover and DomainDiscover (collectively 'Domain Discover'), and (2) that Domain Discover transfer the Domain Name to AFN INVESTMENTS, LTD., pursuant to the terms of the Compromise, Settlement and Mutual Release Agreement dated 10/31/07.

IT IS FURTHER HEREBY ORDERED that each party shall bear its own costs and attorneys fees.

IT IS SO ORDERED.

Dated: 11/06/07

Hon. Judge Roger T. Benitez